United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RENAT YAKUB,<br><br>Plaintiff,<br><br>v.<br><br>QATAR AIRWAYS GROUP (Q.C.S.C), et al.,<br><br>Defendants. | Case No.  26-cv-06042-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Charles R. Breyer for consideration of whether this case is related to *Yakub v. Qatar Airways Group (Q.C.S.C)*, No. 3:25-cv-04142-CRB.

**IT IS SO ORDERED.**

Dated: July 8, 2026

PETER H. KANG
United States Magistrate Judge